1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6
7

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:13-cv-01023-JCM-GWF |
| | ) |
| vs. | ) **FINDINGS AND** |
| | ) **RECOMMENDATION** |
| COUNTY OF MONTGOMERY, et al., | ) |
| | ) |
| Defendant. | ) |
| | ) |

8
9
10
11
12
13

14   This matter comes before the Court on Plaintiff Bill Lietzke's ("Plaintiff") failure to file an
15   Amended Complaint pursuant to Order (#2).
16       This matter commenced on June 10, 2013, with the filing of Plaintiff Lietzke's complaint
17   and motion/application to proceed *in forma pauperis* (#1).  Plaintiff's motion to proceed *in forma*
18   *pauperis* was granted.  The Court also dismissed the Complaint, without prejudice, for
19   jurisdictional deficiencies.  Plaintiff was ordered to file an amended complaint by January 5, 2014.
20       Pursuant to Fed. R. Civ. P. 41(b), the Court may dismiss an action with prejudice if the
21   Plaintiff fails to prosecute or to comply with these rules or a court order.  Pursuant to Order #2,
22   Plaintiff had until January 5, 2014 to file an amended complaint.  Notice was mailed to Plaintiff on
23   December 9, 2013.  More than nine months have elapsed since the order was mailed and Plaintiff
24   has not filed an amended complaint.  Accordingly,
25   ...
26   ...
27   ...
28   ...

<u>**RECOMMENDATIONS**</u>

**IT IS HEREBY RECOMMENDED** that Plaintiff's complaint be **dismissed with prejudice.**

<u>**NOTICE**</u>

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  *Thomas v. Arn*, 474 U.S 140, 142 (1985).  This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 12th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge